**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ADRIAN SANTIAGO, et al , *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,

    v.

CUISINE BY CLAUDETTE, LLC, et al,

                    Defendants.

**Case No.:** 23-cv-02675

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Adrian Santiago,

Maria Bertolini, Larry Harris, Jailynn Diaz, Jacey Montero, Derrick Bowden, Sebastian Sheppard

and Megan N. Arnold (collectively, "Plaintiffs") hereby accept and provide notice that they have

accepted Defendants' Offer of Judgment dated November 21, 2025, and annexed hereto as **Exhibit**

**A**.

Dated: November 24, 2025

                        Respectfully submitted,

By:

                        C.K. Lee, Esq. (CL 4086)
                        LEE LITIGATION GROUP, PLLC
                        148 West 24th Street, 8th Floor
                        New York, NY 10011
                        Tel.: (212) 465-1188
                        Fax: (212) 465-1181
                        *Attorney for Plaintiffs, FLSA Collective*
                        *Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I caused service of Plaintiffs' Notice of

Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants:


YARDEN FLATOW
yarden@claudettes.nyc
*On behalf of all Defendants,*
*individually and as authorized officer*

By: _____

C.K. Lee, Esq.