**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

ADRIAN SANTIAGO, et al, *on behalf of themselves,*
*FLSA Collective Plaintiffs and the Class,*

                    Plaintiffs,

    v.

CUISINE BY CLAUDETTE, LLC, et al,

                    Defendants.

---

**Case No.**: 23-cv-02675

**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiffs Adrian Santiago, Maria Bertolini, Larry Harris, Jailynn Diaz, Jacey Montero, Derrick Bowden, Sebastian Sheppard and Megan N. Arnold (collectively, "Plaintiffs") to take a judgment against them, in the sum of Fifty-Five Thousand Dollars and No Cents ($55,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiffs' individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 21, 2025 and filed as Exhibit A to Docket Number 93;

      **WHEREAS**, on November 21, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 93);

      It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiffs Adrian Santiago, Maria Bertolini, Larry Harris, Jailynn Diaz, Jacey Montero, Derrick Bowden, Sebastian Sheppard and Megan N. Arnold, in the sum of $55,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 21, 2025 and

filed as Exhibit A to Docket Number 93. The Clerk of Court is respectfully directed to close this case.

Dated: December 1, 2025
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

*Jalitza Poveda*
Deputy Clerk